IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00294-MR-DLH

| | |
|---|---|
| ETOWAH-HORSEHOE VOLUNTEER FIRE & RESCUE DEPARTMENT, INC., formerly known as ETOWAH-HORSESHOE VOLUNTEER FIRE DEPARTMENT, INC., a/k/a ETOWAH-HORSHOE FIRE & RESCUE DEPARTMENT, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> AMERICAN ALTERNATIVE INSURANCE CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court *sua sponte*.

On October 29, 2014, the Defendant filed a Motion for Summary Judgment [Doc. 13] and a Brief in support thereof [Doc. 14]. The Defendant's filings, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 8 at 5]. Accordingly, the Defendant's Motion and supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 13] and Brief in support thereof [Doc. 14] are hereby **STRICKEN**.  The Defendant may file a motion and brief which comply with the requirements of this Court on or before **November 5, 2014**.

**IT IS SO ORDERED.**

Signed: October 31, 2014

Martin Reidinger
United States District Judge