# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00294-MR-DLH

| | |
|---|---|
| ETOWAH-HORSESHOE VOLUNTEER FIRE & RESCUE DEPARTMENT, INC., formerly known as ETOWAH-HORSESHOE VOLUNTEER FIRE DEPARTMENT, INC., a/k/a ETOWAH-HORSESHOE FIRE & RESCUE DEPARTMENT, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> AMERICAN ALTERNATIVE INSURANCE CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | **O R D E R** |

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been settled. [Doc. 19]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 13, refiled as Doc. 16] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge